# NO. 12-08-00140-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | § | |
|---|---|---|
| *IN RE: PILGRIM'S PRIDE CORPORATION, RELATOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

## MEMORANDUM OPINION
### PER CURIAM

Relator Pilgrim's Pride Corporation has filed a motion to dismiss this original proceeding. In its motion, Pilgrim's Pride states that the parties have reached an agreement that arbitration should be compelled and the judicial proceeding should be stayed. Therefore, there is no further need to pursue this original proceeding. Because Pilgrim's Pride has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the original proceeding is dismissed.

Opinion delivered June 11, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)